Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−30122−JKS
        Chapter: 7
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gustavo Bernal | Mary Sookhoo Bernal |
| 6405 Boulevard East, Apt. E1 | aka Pramanie Sookhoo Bernal |
| West New York, NJ 07093 | 6405 Boulevard East, Apt. E1 |
| | West New York, NJ 07093 |

Social Security No.:
  xxx−xx−8195                                           xxx−xx−2294

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Jay L. Lubetkin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 28, 2020</u>                 <u>John K. Sherwood</u>
                                                  Judge, United States Bankruptcy Court